UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NANCY ZANDT, KELLI O'CONNOR, HEATHER HOLICK, and STACY STRONG,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>HORIZON HOSPICE, LLC, HORIZON HEALTH CARE, LLC, and LOREN GUSKE,<br><br>　　　　　　　　Defendants. | NO: 2:15-CV-0137-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal with Prejudice (ECF No. 28). The parties have stipulated that this action may be dismissed with prejudice and without costs or attorneys' fees to any party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** December 18, 2015.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2